```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 20286
  CARLOS R ENRIQUEZ
  MIRIAM SERRANO                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK
              Debtor
   SSN XXX-XX-3755     SSN XXX-XX-9713

----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/31/07 and confirmed on 01/09/08.

     2.  The case was converted to Chapter 7 after confirmation, 10/13/2008.

     3.  The Debtor paid a total of $   1750.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| OLD RENWICK TRAIL ASSOCI | SECURED | 285.00 | .00 | 165.00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 13237.63 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8005.17 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1152.63 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1680.58 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11410.16 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 10944.71 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 1273.14 | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 548.76 | .00 | .00 |
| ORION ANESTHESIA ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3967.99 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2110.03 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2000.42 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1794.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 634.66 | .00 | .00 |
| THE CHICAGO DEPT OF REVE | FILED LATE | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5096.05 | .00 | .00 |

          Summary of disbursements:
----------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED    OTHER    TOTAL
----------------------------------------------------------------------

```
TOTAL CLMS ALLOWED        285.00              .00       63855.93           .00      64140.93
PRINCIPAL PAID            165.00              .00            .00           .00        165.00
INTEREST PAID                .00              .00            .00           .00           .00
TOTAL PAID                165.00              .00            .00           .00        165.00
```
The Debtor's attorney, PATRICK A MESZAROS                , was allowed $   3500.00
and was paid $    500.00   direct and $   1483.50   through the plan.

The Trustee received $     101.50 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/22/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 20286 CARLOS R ENRIQUEZ & MIRIAM SERRANO